IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Michael D. Lenoir,

    Petitioner,

  v.                             Case No. 2:11-cv-0342

Warden, Richland Correctional        JUDGE PETER C. ECONOMUS
Institution,                            Magistrate Judge Kemp

    Respondent.

**OPINION AND ORDER**

For the same reasons set forth in this Court's Opinion and Order of April 23, 2012, certifying that the appeal is not taken in good faith, petitioner's motion for leave to appeal *in forma pauperis* (#25) is **DENIED**.

    **IT IS SO ORDERED.**

                                         /s/ Peter C. Economus
                                         **PETER C. ECONOMUS**
                                         **UNITED STATES DISTRICT JUDGE**